| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Stephen M. Doniger, Esq. <br> Kelsey M. Schultz, Esq. <br> DONIGER / BURROUGHS <br> 603 Rose Avenue <br> Venice, CA 90291 <br> (310) 590-1820 | | |
| ATTORNEY(S) FOR: Plaintiff | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| POP WARNER LITTLE SCHOLARS, INC., et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| HANESBRANDS, INC., et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| POP WARNER LITTLE SCHOLARS, INC. | Plaintiff |
| POP WARNER AUTHENTIC INC. | Plaintiff |
| HANESBRANDS, INC. | Defendant |

| 2/1/2021 | /s/ Stephen M. Doniger |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff